# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1131**  **September Term, 2024**

SEC-2025-26

Filed On: July 21, 2025 [2126423]

Jane Doe,

    Petitioner

    v.

Securities and Exchange Commission,

    Respondent

------------------------------

Consolidated with 25-1132, 25-1133, 25-1134

## O R D E R

Upon consideration of petitioners' consent motion for leave to file a motion to extend deadlines out of time; and petitioners' unopposed motion to extend the procedural motions deadlines *nunc pro tunc* and to vacate current briefing schedule, it is

**ORDERED** that the motion for leave to file be granted. The Clerk is directed to file the lodged motion to extend time. It is

**FURTHER ORDERED** that the motion to extend time be granted, and the procedural motions deadline is now September 22, 2025.

The deadlines established in the July 11, 2025 briefing order are hereby suspended pending further order of the court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk