# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 25-1131                                     **September Term, 2025**

**SEC-2025-26**

**Filed On: October 3, 2025** [2138692]

Jane Doe,

        Petitioner

      v.

Securities and Exchange Commission,

        Respondent

------------------------------

Consolidated with 25-1132, 25-1133,
25-1134

## O R D E R

Upon consideration of petitioners' unopposed motion for extension of time to file procedural motions, it is

**ORDERED** that the motion for extension of time be granted. Procedural motions, if any, are now due November 21, 2025.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Louis Karl Fisher
Deputy Clerk