**No. 25-1131**                                              **September Term, 2025**

SEC-2025-26

Filed On: November 21, 2025 [2146689]

Jane Doe,

        Petitioner

    v.

Securities and Exchange Commission,

        Respondent

------------------------------

Consolidated with 25-1132, 25-1133, 25-1134

**O R D E R**

Upon consideration of petitioners' unopposed motion for extension of time to file procedural motions, it is

**ORDERED** that the motion for extension of time be granted. Procedural motions, if any, are now due January 20, 2026.

                                                                        **FOR THE COURT:**
                                                                        Clifton B. Cislak, Clerk

                                                    BY:   /s/
                                                                    Louis Karl Fisher
                                                                    Deputy Clerk