# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-1131**  **September Term, 2025**

SEC-2025-26

Filed On: January 23, 2026 [2155676]

Jane Doe,

    Petitioner

  v.

Securities and Exchange Commission,

    Respondent

------------------------------

Consolidated with 25-1132, 25-1133, 25-1134

## O R D E R

Upon consideration of petitioners' unopposed motion for extension of time to file procedural motions, it is

**ORDERED** that the motion for extension of time be granted. Procedural motions, if any, are now due March 23, 2026.

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

    BY:  /s/
          Louis Karl Fisher
          Deputy Clerk