# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1131**                    **September Term, 2025**

**SEC-2025-26**

**Filed On: March 24, 2026** [2165367]

Jane Doe,

      Petitioner

    v.

Securities and Exchange Commission,

      Respondent

-----------------------------

Consolidated with 25-1132, 25-1133, 25-1134

## O R D E R

Upon consideration of petitioners' unopposed motion for extension of time to file procedural motions, it is

**ORDERED** that the motion for extension of time be granted.  Procedural motions, if any, are now due May 22, 2026.

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

    BY:   /s/
          Louis Karl Fisher
          Deputy Clerk