# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1131**                                    **September Term, 2025**

**SEC-2025-26**

**Filed On: May 22, 2026** [2174762]

Jane Doe,

      Petitioner

      v.

Securities and Exchange Commission,

      Respondent

-----------------------------

Consolidated with 25-1132, 25-1133,
25-1134

## O R D E R

Upon consideration of petitioners' unopposed motion to extend procedural motions deadline, it is

**ORDERED** that the motion be granted. Procedural motions, if any, are now due July 21, 2026.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:    /s/
                Scott H. Atchue
                Deputy Clerk