# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1131**                    **September Term, 2025**

**SEC-2025-26**

**Filed On: August 5, 2026** [2186714]

Jane Doe,

      Petitioner

    v.

Securities and Exchange Commission,

      Respondent

-----------------------------

Consolidated with 25-1132, 25-1133,
25-1134

## O R D E R

    Upon consideration of petitioners' unopposed motion for extension of the procedural motions deadline, it is

    **ORDERED** that the motion be granted.  Procedural motions, if any, are now due October 5, 2026.

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

           BY:    /s/
                    Michael C. McGrail
                    Deputy Clerk