# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-1131** **September Term, 2026**

**SEC-2025-26**

**Filed On: October 6, 2026** **[2196725]**


Jane Doe,

Petitioner

v.

Securities and Exchange Commission,

Respondent

------------------------------

Consolidated with 25-1132, 25-1133,
25-1134

**ORDER**

Upon consideration of petitioners' unopposed motion for extension of the procedural motions deadline, it is

**ORDERED** that the motion be granted. Procedural motions, if any, are now due December 4, 2026

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk